MEMORANDUM OPINION



No. 04-09-00557-CV



IN RE ELEANOR APARTMENTS, LTD.



Original Mandamus Proceeding (1)



PER CURIAM


Sitting: Catherine Stone, Chief Justice

 Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: November 18, 2009


PETITION FOR WRIT OF MANDAMUS DENIED

 On September 2, 2009, relator filed a petition for writ of mandamus. The court has
considered relator's petition and is of the opinion that relator is not entitled to the relief sought. 
Accordingly, relator's petition for writ of mandamus is denied. See Tex. R. App. P. 52.8(a). 


 PER CURIAM

1. This proceeding arises out of Cause No. 2007-CI-05058, styled CB Plumbers LLC D/B/A CB Service
Company v. The Eleanor Apartments Limited Partnership, in the 131st Judicial District Court, Bexar County, Texas,
the Honorable John Gabriel presiding.